### John Linton *vs.* Daniel Hurley & another.

A claim for damages for a personal injury is not assignable before judgment thereon.

CONTRACT on a judgment recovered by the plaintiff in an action for a personal injury inflicted on him by the defendants. Writ dated May 29, 1869. Defence, a release and discharge executed by Moses G. Cobb to whom the plaintiff had assigned his claim before the judgment.

At the trial in the superior court, *Reed*, J., refused to rule that the assignment was void, and directed a verdict for the defendants. The plaintiff alleged exceptions. The material facts are stated in the opinion.

*I. Knowles, Jr.,* for the plaintiff.

*D. H. Mason,* for the defendants.

CHAPMAN, C. J. On the 10th of June 1858 the plaintiff had a claim against the defendants for damages for a personal injury, and had commenced an action of tort to recover damages therefor, which action was then pending, and judgment was not ren-

dered in his favor till October term 1859. On the day first mentioned he assigned his claim to Moses G. Cobb. He contends that this assignment was void, and this position is sustained by the case of *Rice* v. *Stone*, 1 Allen, 566. The ruling that it was valid was erroneous.           *Exceptions sustained.*